# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TAYLOR DAVIS, Heir at Law of TIANNA DAVIS, Deceased, and TAYLOR DAVIS, Administrator of the Estate of TIANNA DAVIS, Deceased, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 18-CV 02401 |
| vs. | ) |
| VALLEY HOPE ASSOCIATION and JON SIEBERT, M.D., | )<br>) |
| Defendants. | ) |

## PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Taylor Davis, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure hereby voluntarily dismisses the above-captioned case without prejudice. No defendant has filed an answer nor has any defendant filed a motion for summary judgment.

HAMILTON LAW FIRM LLC

By:/s/ Patrick A. Hamilton
Patrick A. Hamilton, KS Bar No. 16154
13420 Santa Fe Trail Drive
Lenexa, KS 66215
PHONE: (913) 888-7100
FAX: (913) 888-7388
patrick@lenexalaw.com

and
Michael L. Hodges, KS Bar No. 09860
HODGES LAW FIRM
13420 Santa Fe Trail Drive
Lenexa, KS 66215
PHONE: (913) 888-7100
FAX: (913) 888-7388
mikehodges@hodgeslawfirm.com
ATTORNEYS FOR PLAINTIFF